**Opinion issued December 3, 2015**



In The

# Court of Appeals

For The

# First District of Texas

————————————

**NO. 01-15-00153-CV**

————————————

**HALIMA M. MAMO A/K/A OHALIMA M. MAMO, Appellant**

**V.**

**FIRST COLONY COMMUNITY ASSOCIATION, INC., Appellee**

---

**On Appeal from the 240th District Court**
**Fort Bend County, Texas**
**Trial Court Cause No. 09-DCV-171891**

---

**MEMORANDUM OPINION**

Appellant, Halima M. Mamo a/k/a Ohalima M. Mamo, appealed from the trial court's final summary judgment, signed on January 14, 2015. *See* TEX. R. APP. P. 26.1(a)(1). However, appellant has neither paid the required filing fee nor established indigence for purposes of appellate costs. *See id.* 5, 20.1; *see also* TEX.

GOV'T CODE ANN. §§ 51.207, 51.208, 51.941(a), 101.041(1) (West 2013), §101.0411 (West Supp. 2014); Order Regarding Fees Charged in the Supreme Court, in Civil Cases in the Courts of Appeals, and Before the Judicial Panel on Multi-District Litigation, Misc. Docket No. 13-9127 (Tex. Aug. 16, 2013). Further, appellant has failed to timely file her appellate brief. *See* TEX. R. APP. P. 38.6(a), 38.8(a)(1). After being notified by the Clerk of this Court on March 11, 2015, and again on May 28, 2015, that her appeal was subject to dismissal for failure to pay the filing fee and failure to timely file her appellate brief, appellant failed to timely respond. *See id.* 5, 38.8(a)(1), 42.3(c).

Accordingly, we **dismiss** the appeal for nonpayment of all required fees and for want of prosecution for failure to timely file a brief. *See* TEX. R. APP. P. 5, 38.8(a)(1), 42.3(b), (c). We dismiss any pending motions as moot.

## PER CURIAM

Panel consists of Justices Jennings, Keyes, and Bland.